## UNITED STATES *v.* CENTRAL PAC. R. CO. *et al.*

*(Circuit Court, N. D. California.* February 14, 1892.)

In Equity. Suit by the United States against the Central Pacific Railroad Company, the Southern Pacific Company, and the Western Union Telegraph Company. Heard on pleas and motions to dismiss. Overruled.

*Atty. Gen. Miller* and *Charles H. Aldrich,* for the United States.

*Charles H. Tweed, J. Hubley Ashton,* and *Harvey S. Brown,* for the Central Pacific Railroad Company and the Southern Pacific Company.

*Wager Swayne* and *Bush Taggart,* for the Western Union Telegraph Company.

HARLAN, Circuit Justice. The questions presented in this case do not differ in any material respect from those disposed of in the case of *U. S.* v. *Railroad Co.,* 49 Fed. Rep. 297. For the reasons given in the opinion in that case, it is ordered and adjudged that the pleas and motions to dismiss, so far as they question the jurisdiction of this court to proceed *in personam* against the several defendant corporations, as inhabitants of this state and district, be, and the same are hereby, overruled.